UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLYDE NOLEN,

    Petitioner,                                        Case No. 11-13964

v.                                                    Honorable Nancy G. Edmunds

UNITED STATES OF AMERICA,

    Respondent.

_____/

**ORDER DENYING PLAINTIFF'S
LETTER REQUEST FOR COUNSEL [12]**

This habeas corpus action was summarily dismissed on November 3, 2011 after the Court found that it could not determine the grounds upon which Petitioner sought relief. (ECF No. 10.) The matter is now before the Court on Petitioner's letter request. (ECF No. 12.) While Petitioner's letter is difficult to understand, it appears he is seeking the appointment of counsel. Because this case is closed, however, Petitioner's motion is moot. Accordingly, Petitioner's letter request for the appointment of counsel is DENIED.

    SO ORDERED.

                                                     s/Nancy G. Edmunds
                                                     Nancy G. Edmunds
                                                     United States District Judge

Dated: October 29, 2021


I hereby certify that a copy of the foregoing document was served upon counsel of record on October 29, 2021, by electronic and/or ordinary mail.

                                                     s/Lisa Bartlett
                                                     Case Manager